# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN GLAZIERS RETIREMENT FUND; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WASHINGTON CONSTRUCTION INDUSTRY SUBSTANCE ABUSE PROGRAM; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON GLAZIERS ORG FUND; WESTERN WASHINGTON GLAZIERS MRP; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> COLUMBIA PACIFIC GLASS, INC., a Washington corporation; ADKISON GLAZING SERVICES, LLC, a Washington limited liability company; and WILLIAM P. ADKISON, an individual, <br><br> Defendants. | Case No.: MC18-0084RSL <br><br> **ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT BY CONFESSION** |

Pursuant to Plaintiffs' Motion for Entry of Judgment by Confession, and good cause appearing,

/ / /

/ / /

/ / /

Order Granting Motion for
Entry of Judgment by Confession
(Case No. MC18-0084RSL)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

## SUMMARY OF JUDGMENT

1. Judgment Creditors:   Employee Painters' Trust;
   Western Glaziers Retirement Fund;
   District Council No. 5 Apprenticeship and Training Trust Fund;
   Washington Construction Industry Substance Abuse Program;
   Painters and Allied Trades Labor-Management Cooperation Initiative;
   Western Washington Glaziers Org Fund;
   Western Washington Glaziers MRP; and
   International Union of Painters and Allied Trades District Council No. 5
2. Judgment Debtors:   Columbia Pacific Glass, Inc.;
   Adkison Glazing Services, LLC; and
   William P. Adkison
3. Principal Judgment                            $ 110,652.07
4. Less Payments Received              −           (3,000.00)
5. Plus Interest Accrued               +            3,234.15
6. Plus Daily Interest from            + 26 days x $15.30 per day
   8/31/2018 to date of entry            [which equals $ 397.80]
7. Total Judgment                                 $ 111,284.02
8. Post-Judgment Interest:   12 percent per annum
9. Attorneys for              Michael A. Urban, WSBA No. 20251
   Judgment Creditors:        Sean W. McDonald, WSBA No. 48542
                              THE URBAN LAW FIRM

**IT IS ORDERED** that Plaintiffs, Employee Painters' Trust; Western Glaziers Retirement Fund; District Council No. 5 Apprenticeship and Training Trust Fund; Washington Construction Industry Substance Abuse Program; Painters and Allied Trades Labor-Management Cooperation Initiative; Western Washington Glaziers Org Fund; Western Washington Glaziers MRP; and International Union of Painters and Allied Trades District Council No. 5, be awarded a Judgment by Confession against Columbia Pacific Glass, Inc., a Washington corporation; Adkison Glazing Services, LLC, a Washington limited liability company; and William P. Adkison, an individual, in the total amount of $111,284.02.

Order Granting Motion for
Entry of Judgment by Confession
(Case No. MC18-0084RSL)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

2

**IT IS FURTHER ORDERED** that this Judgment be deemed a final judgment pursuant to Federal Rule of Civil Procedure 54(d) and there is no just reason for delay in entry of such Judgment on Plaintiffs' claim herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 12 percent per annum.

Dated this 26th day of September, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

**THE URBAN LAW FIRM**

*s/ Michael A. Urban*
Michael A. Urban, Esq. WSBA No. 20251
murban@theurbanlawfirm.com

*s/ Sean W. McDonald*
Sean W. McDonald, Esq. WSBA No. 48542
smcdonald@theurbanlawfirm.com

11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
*Attorneys for Plaintiffs*

Order Granting Motion for
Entry of Judgment by Confession
(Case No. MC18-0084RSL)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

3